1  MICHAEL J. NADER, CA Bar No. 200425
   michael.nader@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Esquire Plaza
3  1215 K Street 17th Floor
   Sacramento, CA  95814
4  Telephone:    916.840.3150
   Facsimile:    916.840.3159
5
   ANNA L. PADGETT, CA Bar No. 307146
6  anna.padgett@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
7  Steuart Tower, Suite 1300
   One Market Plaza
8  San Francisco, CA  94105
   Telephone:    415.442.4810
9  Facsimile:    415.442.4870

10 Attorneys for Defendant
   BYND, LLC
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | FARNOOSH SEIFODDINI, an individual, | Case No. 4:17-cv-06793-DMR |
   |---|---|
16 | Plaintiff, | |
   | | **NOTICE OF APPEARANCE OF** |
17 | v. | **MICHAEL J. NADER** |
18 | BYND, LLC, a California limited liability company, and DOES 1 through 10, inclusive, | |
19 | Defendants. | |
20

21 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

22         PLEASE TAKE NOTICE that Michael J. Nader of Ogletree, Deakins, Nash, Smoak &

23 Stewart, P.C., Esquire Plaza, 1215 K Street, 17th Floor, Sacramento, CA 95814; telephone: (916)

24 840-3140; facsimile (916) 840-3159; email: michael.nader@ogletree.com, hereby enters his

25 appearance as counsel of record on behalf of BYND, LLC in the above-captioned matter and

26 requests that copies of all pleadings, motions and other documents filed in the captioned matter be

27 served on the undersigned.

28 ////

1  We respectfully request you remove Sarah R. Nichols of Ogletree, Deakins, Nash, Smoak
2  & Stewart, P.C., One Market Plaza, Steuart Tower, Suite, 1300 San Francisco, CA  94105 from the
3  service list.

DATED:  December 18, 2017             OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.


                                      By: */s/ Michael J. Nader*
                                          Michael J. Nader
                                          Anna L. Padgett

                                          Attorneys for Defendant
                                          BYND, LLC